**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Christopher J Mabry** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–9677** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Katina L Mabry** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–3127** <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Virginia** | | Date case filed for chapter  **7**  **6/11/19** |
| Case number:  **19–33110–KRH** | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Christopher J Mabry | Katina L Mabry |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 8439 Pamunkey Road <br> Spotsylvania, VA 22551 | 8439 Pamunkey Road <br> Spotsylvania, VA 22551 |
| 4. | **Debtor's attorney** <br> Name and address | Walter Ragland [R&R] <br> Ragland & Ragland PLC <br> 4107 Plank Road <br> Suite B <br> Fredericksburg, VA 22407 | Contact phone (540)404–5000 <br> Email: RaglandWL@aol.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Peter J. Barrett <br> Kutak Rock LLP <br> 901 East Byrd Street, Suite 1000 <br> Richmond, VA 23219 | Contact phone (804) 343–5237 <br> Email: peter.barrett@kutakrock.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br><br>**McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | 701 East Broad Street<br>Richmond, VA 23219<br><br>Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays.<br><br>Contact phone 804–916–2400 | **For the Court:**<br><br>Clerk of the Bankruptcy Court:<br>William C. Redden<br><br>Date: June 12, 2019 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 16, 2019 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Office of the U.S. Trustee, 701 East Broad Street – Suite 4300, Richmond, VA 23219–1885** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7),<br>or<br>- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>- if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: September 16, 2019** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

**For more information, see page 3 >**

| | | |
|---|---|---|
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **13.** | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| **14.** | **Payment of Fees for Richmond Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of February 4, 2008, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

```
                                United States Bankruptcy Court
                                  Eastern District of Virginia
In re:                                                                                  Case No. 19-33110-KRH
Christopher J Mabry                                                                     Chapter 7
Katina L Mabry
         Debtors                           CERTIFICATE OF NOTICE
District/off: 0422-7           User: manleyc                Page 1 of 2                  Date Rcvd: Jun 12, 2019
                               Form ID: 309A                Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2019.
db/jdb         +Christopher J Mabry,    Katina L Mabry,    8439 Pamunkey Road,     Spotsylvania, VA 22551-5007
14895953       +Adam Mabry,    8439 Pamunkey Road,    Spotsylvania, VA 22551-5007
14895955       +American Medical Response,    PO Box 1517,    Southgate, MI 48195-0517
14895956       +Blue & Grey Emerg Phys LLC,    PO Box 37877,    Philadelphia, PA 19101-0177
14895959        Cardiology Assoc of Fred.,    Focused Recovery Solutions Inc,     P.O. Box 63355,
                 Charlotte, NC 28263-3355
14895960       +Citibank/Best Buy,    Attn: Bankruptcy,    Po Box 790441,    St. Louis, MO 63179-0441
14895961       +Deborah S. Jockin, LCSW,    312 Progress Street,    Suite 200,    Fredericksburg, VA 22401-3356
14895962       +Debt Recovery Solution,    Attn: Bankruptcy,    6800 Jericho Turnpike Suite 113e,
                 Syosset, NY 11791-4401
14895963       +Fredericksburg Christian Healt,    1129 Heatherstone Drive,     Fredericksburg, VA 22407-4828
14895964       +Glasser & Glasser PLC,    PO Box 3400,    Norfolk, VA 23514-3400
14895966       +Hyundai Motor Finance,    4000 Macarthur Blvd Ste,    Newport Beach, CA 92660-2558
14895967       +Kohls/Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14895968       +Labcorp,    PO Box 2240,    Burlington, NC 27216-2240
14895969       +Mary Washington Hospital,    c/o United Consumers,    PO Box 4466,    Woodbridge, VA 22194-4466
14895970       +Mary Washington Hospital,    2300 Fall Hill Avenue,    Suite 101,    Fredericksburg, VA 22401-3342
14895971       +Medical Imaging of Fred,    PO Box 7606,    Fredericksburg, VA 22404-7606
14895972       +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14895973       +PMAB, LLC,    Po Box 12150,    Charlotte, NC 28220-2150
14895975       +Portfolio Recovery Assoc,    c/o Scott & Associates,    PO Box 62999,
                 Virginia Beach, VA 23466-2999
14895976       +Prime Care,    2511 Salem Church Road,    Fredericksburg, VA 22407-6466
14895978       +Quality Dental,    5100 Southpoint Parkway,    Fredericksburg, VA 22407-2661
14895979       +Radiology Associates of Rich,    PO Box 13343,    Richmond, VA 23225-0343
14895980       +Spotsylvania County Treasurer,    PO Box 9000,    Spotsylvania, VA 22553-9000
14895981       +Spotsylvania Hospitalist Group,    PO Box 14099,    Belfast, ME 04915-4034
14895984       +VA Dermatology & Skin Services,    c/o Commonwealth Financial,    101 Lafayette Blvd.,
                 Fredericksburg, VA 22401-6029
14895986       +Virginia Physicians Rheumatol.,    7650 E Parham Road,    Suite 304,    Henrico, VA 23294-4306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: RaglandWL@aol.com Jun 13 2019 03:29:16      Walter Ragland [R&R],
                 Ragland & Ragland PLC,    4107 Plank Road,    Suite B,    Fredericksburg, VA   22407
tr             +EDI: QPJBARRETT.COM Jun 13 2019 07:23:00      Peter J. Barrett,    Kutak Rock LLP,
                 901 East Byrd Street, Suite 1000,    Richmond, VA 23219-4071
14895954       +EDI: GMACFS.COM Jun 13 2019 07:23:00      Ally Financial,    Attn: Bankruptcy Dept,
                 Po Box 380901,    Bloomington, MN 55438-0901
14895957       +E-mail/Text: support@bullcityfinancial.com Jun 13 2019 03:30:30
                 Bull City Financial Solutions,    2609 North Duke Street,    Suite 500,    Durham, NC 27704-0015
14895958       +EDI: CAPITALONE.COM Jun 13 2019 07:23:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
14895965       +E-mail/Text: mstover@gercls.com Jun 13 2019 03:30:30      Great Eastern Resort Corp,
                 PO Box 6006,    Charlottesville, VA 22906-6006
14895974        EDI: PRA.COM Jun 13 2019 07:23:00      Portfolio Recovery,    Attn: Bankruptcy,
                 120 Corporate Blvd,    Norfold, VA 23502-0000
14895983       +EDI: PARALONMEDCREDT Jun 13 2019 07:23:00      Spotsylvania Regional Medical,
                 c/o Medicredit Inc,    PO Box 1629,    Maryland Heights, MO 63043-0629
14895982       +E-mail/Text: collect@ccsroanoke.com Jun 13 2019 03:30:25       Spotsylvania Regional Medical,
                 c/o Creditors Collection Serv,    PO Box 21504,    Roanoke, VA 24018-0152
14895985       +EDI: VERIZONCOMB.COM Jun 13 2019 07:23:00      Verizon Wireless,
                 Attn: Verizon Wireless Bankruptcy Admini,    500 Technology Dr, Ste 550,
                 Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14895977         Principal Financial Services
                                                                                    TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0422-7          User: manleyc              Page 2 of 2              Date Rcvd: Jun 12, 2019
                              Form ID: 309A              Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2019 at the address(es) listed below:
              John P. Fitzgerald, III    USTPRegion04.RH.ECF@usdoj.gov
              Peter J. Barrett    peter.barrett@kutakrock.com,
               charisse.matthews@kutakrock.com;pbarrett@ecf.axosfs.com
              Walter   Ragland [R&R]    on behalf of Debtor Christopher J Mabry RaglandWL@aol.com
              Walter   Ragland [R&R]    on behalf of Joint Debtor Katina L Mabry RaglandWL@aol.com
                                                                                       TOTAL: 4
```